O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                  )<br>              Plaintiff, )<br>                                   )<br>   v.                                   )<br>                                   )<br>ADOLFO VEGA-PEREZ, )<br>                                   )<br>            Defendant. )<br>_____ ) | ED 08-241M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A.  ( ) On motion of the Government involving an alleged

    1.  ( ) crime of violence;

    2.  ( ) offense with maximum sentence of life imprisonment or death;

    3.  ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4.  ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1.  (X)  serious risk defendant will flee;

    2.  ( )  serious risk defendant will

        a. ( )  obstruct or attempt to obstruct justice;

        b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1                                                     II.

2     The Court finds no condition or combination of conditions will reasonable assure:

3     A. ( X )    appearance of defendant as required; and/or

4     B. ( ) safety of any person or the community;

5                                                   III.

6     The Court has considered:

7     A.  ( x ) the nature and circumstances of the offense;

8     B.  (x) the weight of evidence against the defendant;

9     C.  (x) the history and characteristics of the defendant;

10     D.  ( ) the nature and seriousness of the danger to any person or to the community.

11                                                IV.

12     The Court concludes:

13     A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15     B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16          **Defendant is undocumented.  He has no ties to the community and no bail**

17          **resources.**

18

19     C.  ( ) A serious risk exists that defendant will:

20          1. ( )   obstruct  or  attempt to  obstruct  justice;

21          2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23     D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24          provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                      - 2 -                     

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: June 26, 2008

Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                                - 3 -                                                Page 3 of 3